

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

```
*********************************
DAVID A. BECKERMAN          *    CIVIL ACTION No.
            PLAINTIFF       *    301 CV 2142 (CFD)
VS.                         *
FRANCO APPAREL GROUP        *    JUNE 18, 2003
                            *
            DEFENDANT       *
*********************************
```

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves this court for permission to withdraw his appearance for the defendant. The undersigned respectfully represents the following:

1. That the defendant has failed to pay invoices issued by the undersigned for legal services rendered in this case for the period commencing December 1, 2002 through the present. Although the undersigned has been willing to continue with representation during this period, it has become apparent that despite a number of requests for payment no effort has been made to make arrangements for payment.

2. That in accordance with the requirements of Rule 15 of the Local Rules of Civil Procedure, a copy of this motion is being provided by certified mail to the defendant and to its counsel.

*Margin note (left side):* DENIED without prejudice to renewal after new local counsel enters an appearance. See Local Rule 83.1(c) of the Local Rules for the District of Connecticut. So ordered. Christopher F. Droney, United States District Judge 12/9/03

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505