IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            :    DOCKET NO.
DAVID A. BECKERMAN,                         :
                        Plaintiff,          :    3:01 CV 2142 (CFD)
v.                                          :
                                            :
FRANCO APPAREL GROUP,                       :
                        Defendant.          :
_____:    February 9, 2004

**JOINT MOTION FOR ADJOURNMENT OF
THE TRIAL MEMORANDUM ORDER**

Pursuant to Local Rule 7(b), plaintiff, David A. Beckerman, hereby moves for adjournment of the Trial Management Order. In support of plaintiff's motion, counsel represents as follows:

1. The plaintiff received a trial management order requiring the parties to file a Trial Memoranda on or before February 23, 2004.

2. This matter has previously been mediated by Judge Garfinkel.

3. There is a companion case titled Beckerman v. Hidary, et al, 3:01CV2143 (SRU) involving the same legal issues. That action has been referred to Judge Garfinkel in Bridgeport for mediation and determination of a motion for summary judgment.

4. This is a case arising under a licensing agreement between Franco and Starter that granted Franco the right to use certain Trademarks of Starter in connection with its sale and distribution of apparel. Franco was required to make royalty payments on such sales to Starter. Following Starter's bankruptcy and sale of its trademarks to Official Starter, the right to collect royalties due on the licensing agreement with Franco was transferred to David Beckerman in settlement of his claims against the bankruptcy

estate. Plaintiff contends that Franco failed to make all royalty payments due under the license agreement. Further, Plaintiff is seeking to collect certain promotional fees that Franco allegedly owed to Starter at the time of the bankruptcy.

5. In the <u>Hidary</u> matter, there is a pending motion for summary judgment before Judge Garfinkel concerning who is entitled to the royalties and promotional fees under the License Agreement between the parties as a result of the sale of Starter's trademarks and Bankruptcy Orders issued in the Starter bankruptcy. The summary judgment issues will be fully briefed during the month of February and a decision is anticipated shortly thereafter. The present case involves a similar license agreement and the parties are making the same claims. The parties are in agreement that the legal issues concerning the License Agreement with <u>Hidary</u> are essentially the same as the legal issues in the <u>Beckerman v. Franco</u> case. Therefore, it is very likely, once the court has decided the summary judgment issue in the Hidary matter, the parties will be in a position to settle this case. Judge Garfinkel has agreed to reconvene the mediation.

6. Counsel for plaintiff, Brian C. Fournier, has communicated with counsel for defendant, Evan Weintraub, who consents to this motion. Attorney Weintraub is also counsel for the third party defendant, Official Starter, in the <u>Hidary</u> matter. Official Starter was the entity that purchased the Starter Trademarks in the Starter bankruptcy.

7. This is the first request for an adjournment of the trial memorandum order.

WHEREFORE, plaintiff respectfully requests an adjournment of the trial management order and that this case be stayed until a decision is rendered on the summary judgment issues in the <u>Beckerman v. Hidary</u> matter.

                                THE PLAINTIFF

By: _____
David A. Slossberg, CT13116
Brian C. Fournier, CT16272
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT  06460
Telephone:  203-877-8000

## CERTIFICATE OF SERVICE

This is to certify that on February 9, 2004, a true and correct copy of the foregoing was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022

_____
Brian C. Fournier