*[Handwritten margin note, left side: "Granted, as modified. The Trial Memo shall be filed by June 1, 2004. So ordered."]*

*[Filed stamp: 2004 FEB 10 A 10:50 U.S. DISTRICT COURT HARTFORD, CT.]* 

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN, | DOCKET NO. |
| Plaintiff, | 3:01 CV 2142 (CFD) |
| v. | |
| FRANCO APPAREL GROUP, | |
| Defendant. | |
| | February 9, 2004 |

## JOINT MOTION FOR ADJOURNMENT OF THE TRIAL MEMORANDUM ORDER

Pursuant to Local Rule 7(b), plaintiff, David A. Beckerman, hereby moves for adjournment of the Trial Management Order. In support of plaintiff's motion, counsel represents as follows:

1. The plaintiff received a trial management order requiring the parties to file a Trial Memoranda on or before February 23, 2004.

2. This matter has previously been mediated by Judge Garfinkel.

3. There is a companion case titled Beckerman v. Hidary, et al, 3:01CV2143 (SRU) involving the same legal issues. That action has been referred to Judge Garfinkel in Bridgeport for mediation and determination of a motion for summary judgment.

4. This is a case arising under a licensing agreement between Franco and Starter that granted Franco the right to use certain Trademarks of Starter in connection with its sale and distribution of apparel. Franco was required to make royalty payments on such sales to Starter. Following Starter's bankruptcy and sale of its trademarks to Official Starter, the right to collect royalties due on the licensing agreement with Franco