IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| _____ | : | DOCKET NO. |
| DAVID A. BECKERMAN, | : |  |
| Plaintiff, | : | 3:01 CV 2142 (CFD) |
| v. | : |  |
|  | : |  |
| FRANCO APPAREL GROUP, | : |  |
| Defendant. | : |  |
| _____ | : | May 18, 2004 |

**CONSENTED TO MOTION FOR REASSIGNMENT**

Plaintiff hereby moves for reassignment of this action, in accordance with Local Rule 40(b), to the docket of Judge William Garfinkel. There is a companion case titled Beckerman v. Hidary, et al, 3:01CV2143 (SRU) that was referred to Judge Garfinkel in Bridgeport for mediation and determination of cross motions for summary judgment. As this case involves the same legal issues, the Court's, as well as the parties, resources would be conserved by reassigning this matter to Judge Garfinkel.[1]

This is a case arising under a licensing agreement between Franco and Starter that granted Franco the right to use certain Trademarks of Starter in connection with its sale and distribution of apparel. Franco was required to make royalty payments on such sales to Starter. Following Starter's bankruptcy and sale of its trademarks to Official Starter, the right to collect royalties due on the licensing agreement with Franco was transferred to David Beckerman in settlement of his claims against the bankruptcy estate. Plaintiff contends that Franco failed to make all royalty payments due under the license agreement. Further, Plaintiff is seeking to

---

[1] The parties are filing a consent to the exercise of jurisdiction by Magistrate Garfinkel under separate cover.

collect certain promotional fees that Franco allegedly owed to Starter at the time of the bankruptcy.

In the <u>Hidary</u> matter, there are pending cross motions for summary judgment before Judge Garfinkel concerning who is entitled to the royalties and promotional fees under the License Agreement between the parties as a result of the sale of Starter's trademarks and Bankruptcy Orders issued in the Starter bankruptcy. The summary judgment issues have been fully briefed and the parties are awaiting a decision by the Court. The present case involves a similar license agreement and the parties are making the same claims. The parties are in agreement that the legal issues concerning the License Agreement with <u>Hidary</u> are essentially the same as the legal issues in the <u>Beckerman v. Franco</u> case. Therefore, it is very likely, once the Court has decided the summary judgment issues in the <u>Hidary</u> matter, the parties will be in a position to settle this case. Further, the parties are in agreement that it would be appropriate for Judge Garfinkel to reconvene the mediation as to both cases.

Counsel for plaintiff, Brian C. Fournier, has communicated with counsel for defendant, Evan Weintraub, who consents to the granting of this motion. Attorney Weintraub is also counsel for the third party defendant, Official Starter, in the <u>Hidary</u> matter. Official Starter was the entity that purchased the Starter Trademarks in the Starter bankruptcy.

Accordingly, the plaintiff respectfully requests that this action be reassigned to Judge Garfinkel in accordance with Local Rule 40(b).

                                                    THE PLAINTIFF

                            By: _____
                                  J. Daniel Sagarin  CT 04289
                                  David A. Slossberg  CT 13116
                                  Brian C. Fournier, CT16272
                                  Hurwitz, Sagarin & Slossberg, LLC
                                  147 N. Broad Street
                                  Milford, CT  06460
                                  Telephone: 203-877-8000
                                  Facsimile:   203-878-9800

## **CERTIFICATE OF SERVICE**

      This is to certify that on May ___, 2004, a true and correct copy of the foregoing was mailed, first class mail, postage prepaid, to:

Evan S. Weintraub, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022

Joseph E. Faughnan, Esq.
Karen Baldwin Kravetz, Esq.
Susman, Duffy & Segaloff, PC
PO Box 1684
New Haven, CT  06507-1684

                                  _____
                                  Brian C. Fournier