IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID BECKERMAN,  : DOCKET NO.
: 
Plaintiff, : 3:01 CV 2142 (CFD)
:
v. :
:
FRANCO APPAREL GROUP, :
:
Defendant. :
————————————————— : May 18, 2004

**CONSENTED TO MOTION FOR REASSIGNMENT**

Plaintiff hereby moves for reassignment of this action, in accordance with Local Rule 40(b), to the docket of Judge William Garfinkel. There is a companion case titled <u>Beckerman v. Hidary</u>, et al, 3:01CV2143 (SRU) that was referred to Judge Garfinkel in Bridgeport for mediation and determination of cross motions for summary judgment. As this case involves the same legal issues, the Court's, as well as the parties, resources would be conserved by reassigning this matter to Judge Garfinkel.[1]

This is a case arising under a licensing agreement between Franco and Starter that granted Franco the right to use certain Trademarks of Starter in connection with its sale and distribution of apparel. Franco was required to make royalty payments on such sales to Starter. Following Starter's bankruptcy and sale of its trademarks to Official Starter, the right to collect royalties due on the licensing agreement with Franco was transferred to David Beckerman in settlement of his claims against the bankruptcy estate. Plaintiff contends that Franco failed to make all royalty payments due under the license agreement. Further, Plaintiff is seeking to

---

[1] The parties are filing a consent to the exercise of jurisdiction by Magistrate Garfinkel under separate cover.