IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID A. BECKERMAN,<br><br>                Plaintiff,<br><br>- against -<br><br>FRANCO APPAREL GROUP,<br><br>                Defendant. | DOCKET NO. 301 CV 2142 (CFD) WIG<br><br>**STIPULATION OF DISMISSAL** |

FILED 2005 JUN 20 A 8:42 DISTRICT COURT HARTFORD CT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued with prejudice and on the merits.

Dated: New York, New York
       June 15, 2005

| HURWITZ, SAGARIN & SLOSSBERG, LLC | WACHTEL & MASYR, LLP |
|---|---|
| By: _____<br>      David A. Slossberg, Esq.<br>147 North Broad Street<br>Milford, Connecticut  06460<br>Attorneys for Plaintiff<br>David Beckerman<br>CT 13116 | By: _____<br>      Evan S. Weintraub<br>Admitted Pro-Hac Vice<br>110 East 59th Street<br>New York, New York 10022<br>Attorneys for Defendant<br>Franco Apparel Group, Inc.<br>CT 23444 |

SO ORDERED:

_____
U.S.D.J.